# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **James T. Flieger,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 13-4108-CV-C-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

# ORDER

Upon the *Notice of Party's Death*, filed March 27, 2014 [Doc. 19] as well as the *Affidavit*, filed June 26, 2014 [Doc. 22], and pursuant to the agreement of the parties, it is

**ORDERED** that this matter is **DISMISSED** and the case is **CLOSED**.


*/s/ John T. Maughmer*
**John T. Maughmer**
**United States Magistrate Judge**